**Sidney MARKMAN, Appellant, v. UNITED STATES, Appellee.**

No. 8305.

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1941.

George S. Fitzgerald, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

The death of appellant, Sidney Markman, having been suggested and proved, the appeal in this case is dismissed.

---

**NEW YORK LIFE INSURANCE COMPANY, Appellant, v. Saul E. JACOB et al., Appellees.**

No. 8744.

Circuit Court of Appeals, Sixth Circuit.

Nov. 10, 1941.

Armstrong, Weadock, Essery & Helm, of Detroit, Mich., for appellant.

Friedman, Meyers & Keys, of Detroit, Mich., for appellees.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

No reversible error appearing in the record, the order of the District Court entered on March 4, 1940, dismissing the complaint, is affirmed, for the reasons appearing in the opinion, findings of fact and conclusions of law of the District Court at pages 203 to 221 of the record.

---

**Ruth POWERS and E. E. Harnish, Appellants, v. David A. BEARDSLEE, Appellee.**

No. 9982.

Circuit Court of Appeals, Ninth Circuit.

Nov. 28, 1941.

Grainger & Hunt, of Los Angeles, Cal., for appellants.

Hugh Gordon, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a decree be filed and entered accordingly, and mandate of this court issue forthwith.